UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PFS INVESTMENTS, INC. PRIMERICA
FINANCIAL SERVICES, INC., RONALD
P. BARNES, RANDALL L. RADER, and
MARCUS SONNIER,
               Petitioners,

Case No. 11-10142

v.

Honorable Patrick J. Duggan

KEVIN IMHOFF,
               Respondent.
_____/

## JUDGMENT

On January 11, 2011, Petitioners PFS Investments, Inc., Primerica Financial Services, Inc., Ronald Barnes, Randall Rader, and Marcus Sonnier filed a petition in this Court to compel Respondent Kevin Imhoff to arbitrate claims that he has asserted in a pending state-court lawsuit. On this date, the Court entered an Opinion and Order granting the petition.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the petition to compel arbitration is **GRANTED**.

Dated: March 25, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Raymond W. Henney, Esq.
Edwin J. Vander Ploeg, Jr., Esq.
Demetrios A. Tountas, Esq.
Timothy A. Hoesch, Esq.